**IN RE A.S.**

[363 N.C. 254 (2009)]

IN THE MATTER OF A.S.

No. 310A08

(Filed 1 May 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 190 N.C. App. ——, 661 S.E.2d 313 (2008), affirming in part and vacating and remanding in part an order entered 24 August 2007 by Judge J. Stanley Carmical in District Court, Robeson County. Heard in the Supreme Court 30 March 2009.

*No brief filed for petitioner Robeson County Department of Social Services.*

*Pamela Newell Williams, GAL Appellate Counsel, for appellee Guardian ad Litem.*

*Annick Lenoir-Peek, Assistant Appellate Defender, for respondent-appellant mother.*

PER CURIAM.

AFFIRMED.